**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

KRISTEN JENKINS,

        Plaintiff,

vs.                                Case No.  3:11-cv-1082-J-34JBT

AARON EVERETT & MEYERS, LLC and
JEFF TILT,

        Defendants.

_____/

**ORDER OF DISMISSAL**

      This matter is before the Court on the Joint Stipulation for Voluntary Dismissal With Prejudice (Dkt. No. 43; Stipulation) filed on May 23, 2013.  In the Stipulation, the parties request dismissal of this matter with prejudice.  See Stipulation at 1.  Accordingly, it is hereby **ORDERED**:

      1.      This case is **DISMISSED with prejudice**.

      2.      Each party shall bear their own attorney's fees and costs.

      3.      The Clerk of the Court is directed to terminate all pending motions and close the file.

      **DONE AND ORDERED** in Jacksonville, Florida, this 24th day of May, 2013.

*Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record